IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1691 (GMS) |
| | ) |
| COX COMMUNICATIONS, INC. and | ) **JURY TRIAL DEMANDED** |
| COXCOM, LLC, | ) |
| | ) |
| Defendants. | ) |

### RULE 7.1 STATEMENT OF COX DEFENDANTS

Defendants Cox Communications, Inc. and CoxCom, LLC disclose the following:

1. Cox Communications, Inc. is a private company with its stock held by Cox DNS, Inc. and Cox Enterprises, Inc.

2. Cox DNS, Inc. is a wholly-owned subsidiary of Cox Enterprises, Inc.

3. CoxCom, LLC is a wholly owned subsidiary of Cox Communications, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

OF COUNSEL:

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Dr.
Chicago, Illinois 60601
Telephone: (312) 558-5600

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700

February 5, 2013
6988099

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 5, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld (#1014)