IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1691 (GMS) |
| | ) |
| COX COMMUNICATIONS, INC. and | ) |
| COXCOM, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

      The undersigned hereby certifies that copies of the *Cox Defendants' Disclosures Pursuant To Paragraph 4(b) of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information* were caused to be served on May 28, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire                                        *and FEDERAL EXPRESS*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Paul Saindon*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com
*Attorneys for Defendants*

OF COUNSEL:

Michael L. Brody
Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

May 29, 2013
7229119.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 29, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>Joyce E. Kung, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*
Paul Saindon (#5110)