IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC. AND COXCOM, LLC,<br><br>　　　　　　　　　　Defendants. | C.A. No. 12-1691-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 2, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S FIRST SET OF REQUESTS TO DEFENDANTS COX COMMUNICATIONS, INC. AND COXCOM, LLC FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-33)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899


**BY E-MAIL**

| | |
|---|---|
| Michael L. Brody | Krishnan Padmanabhan |
| Ivan Poullaos | Winston & Strawn LLP |
| Winston & Strawn LLP | 200 Park Avenue |
| 35 West Wacker Drive | New York, NY 10166-4193 |
| Chicago, IL 60601 | |


| | |
|---|---|
| August 2, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| 800 Third Avenue | Wilmington, DE  19899 |
| New York, New York 10022 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | |
| | *Attorneys for Plaintiff AIP Acquisition LLC* |