# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                                 Plaintiff,<br><br>      v.<br><br>COX COMMUNICATIONS, INC. AND COXCOM, LLC,<br><br>                               Defendants. | C.A. No. 12-1691-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 24, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-54)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899


**BY E-MAIL**

| | |
|---|---|
| Michael L. Brody | Krishnan Padmanabhan |
| Ivan Poullaos | Winston & Strawn LLP |
| Winston & Strawn LLP | 200 Park Avenue |
| 35 West Wacker Drive | New York, NY 10166-4193 |
| Chicago, IL 60601 | |

Jude J. Andre

**BY E-MAIL**
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

| | |
|---|---|
| October 24, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Sara E. Bussiere* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | Sara E. Bussiere (sb5725) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| 800 Third Avenue | P.O. Box 25130 |
| New York, New York 10022 | Wilmington, DE 19899 |
| kbromberg@cohengresser.com | (302) 655-5000 |
| fvillegas@cohengresser.com | rkirk@bayardlaw.com |
| dcefo@cohengresser.com | sbrauerman@bayardlaw.com |
| (212) 957-7600 | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |

*Attorneys for Plaintiff AIP Acquisition LLC*