**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>COX COMMUNICATIONS, INC. AND<br>COXCOM, LLC,<br><br>              Defendants. | C.A. No. 12-1691-GMS |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that, on January 3, 2014, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS COX COMMUNICATIONS, INC. AND COXCOM, LLC'S SECOND SET OF INTERROGATORIES (NOS. 2-4)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Jude J. Andre
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

**BY E-MAIL**

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

**BY E-MAIL**

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

January 3, 2014

OF COUNSEL:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*